ACCEPTED
01-15-00140-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 12:11:31 PM
CHRISTOPHER PRINI
CLERK

Appellate Docket Number: **01-15-00140-CR**

Appellate Case Style: Style: **BRAYAN JOSUE OLIVA-ARITA**

Vs. State of Texas

Companion Case:

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: **1st Court of Appeals**

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: **BRAYAN** | ☒ Lead Attorney |
| Middle Name: **JOSUE** | First Name: **SALVADOR** |
| Last Name: **OLIVA-ARITA** | Middle Name: **EDWARD** |
| Suffix: | Last Name: **FAUS** |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: **TORRES & FAUS LAW FIRM** |
| | Address 1: **1009 44TH STREET** |
| | Address 2: |
| | City: **GALVESTON** |
| | State: **Texas** Zip+4: **77550** |
| | Telephone: **(409) 763-2978** ext. |
| | Fax: **(409) 763-3424** |
| | Email: **SALFAUS@GMAIL.COM** |
| | SBN: **00785854** |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: | ☒ Lead Attorney |
| Middle Name: | First Name: **REBECCA** |
| Last Name: | Middle Name: |
| Suffix: | Last Name: **KLAREN** |
| Appellee Incarcerated?   ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed      ☒ District/County Attorney |
| Pro Se: ○ | ☐ Retained      ☐ Public Defender |
| | Firm Name:   **DISTRICT ATTORNEY - GALVESTON** |
| | Address 1:   **600 59TH STREET** |
| | Address 2:   **STE. 1001** |
| | City:   **GALVESTON** |
| | State:  **Texas**        Zip+4:  **77550** |
| | Telephone:   **(409) 766-2355**      ext. |
| | Fax:   **(409) 766-2290** |
| | Email:   **REBECCA.KLAREN@CO.GALVESTON.TX.US** |
| | SBN: |

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):   **Intoxication Offenses**

Type of Judgment:  **Final Judgment**

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:   **01/02/2015**

Offense charged:  **DRIVING WHILE INTOXICATED**

Date of offense:   **02/16/2014**

Defendant's plea:  **Nolo Contendere**

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by:    ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court:  **01/07/2015**

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed:  **3 DAYS COUNTY JAIL AND $500 FINE**

Is the appeal from a pre-trial order?   ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | If yes, date filed: |
| Motion in Arrest of Judgment: | ☐ Yes ☒ No | If yes, date filed: |
| Other: ☐ Yes ☒ No | | If yes, date filed: |
| If other, please specify: | | |

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:   ☒ Yes ☐ No ☐ NA      If yes, date filed: **04/02/2014**

Date of hearing: **04/02/2014**      ☐ NA

Date of order:   **04/02/2014**      ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA      If granted or denied, date of ruling: **04/02/2014**

## VIII. Trial Court And Record

Court:  **COUNTY COURT AT LAW #1**

County: **GALVESTON**

Trial Court Docket Number (Cause no):  **MD-0342858**

Trial Court Judge (who tried or disposed of the case):

First Name:  **JOHN**

Middle Name:

Last Name:  **GRADY**

Suffix:

Address 1:  **600 59TH STREET**

Address 2:  **2ND FLOOR**

City:  **GALVESTON**

State:  **Texas**          Zip + 4:  **77551**

Telephone:  **(409) 766-2233**   ext.

Fax:   **(409) 765-2945**

Email:

Clerk's Record:

Trial Court Clerk:  ☐ District   ☒ County

Was clerk's record requested?   ☒ Yes  ☐ No

If yes, date requested: **02/13/2015**

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?   ☒ Yes  ☐ No

Was the reporter's record electronically recorded?   ☒ Yes  ☐ No

If yes, date requested:  **02/18/2015**

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name:  **LYNETTE "BITTY"**

Middle Name:

Last Name:  **ERSKINE**

Suffix:

Address 1:  **600 59TH STREET**

Address 2:  **2ND FLOOR**

City:  **GALVESTON**

State:  **Texas**          Zip + 4:  **77551**

Telephone:  **409-766-2235**   ext.

Fax:   **409-765-2945**

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                          Court:

Style:

    Vs.   **State of Texas**

## X. Signature

_Signature of counsel (or Pro Se Party)_            Date:  **February 24, 2015**

Printed Name: _Salvador Faus_           State Bar No: **00785854**

Electronic Signature:  **SALVADOR FAUS**          Name:  **SALVADOR FAUS**
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on **February 24, 2015** .

_Signature of counsel (or pro se party)_          Electronic Signature: **SALVADOR FAUS**
                                   (Optional)

                            State Bar No.:  **00785854**

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: **February 19, 2015**

Manner Served: **Email**

First Name:   **REBECCA**

Middle Name:

Last Name:   **KLAREN**

Suffix:

Law Firm Name: **DISTRICT ATTORNEY - GALVESTON CO**

Address 1:   **600 59TH STREET**

Address 2:   **STE. 1001**

City:   **GALVESTON**

State   **Texas**          Zip+4: **77551**

Telephone:   **409-766-2355**   ext.

Fax:   **409-766-2290**

Email:   **REBECCA.KLAREN@CO.GALVESTON.TX.US**

---

Please enter the following for each person served:

Date Served: **February 19, 2015**

Manner Served: **Email**

First Name:   **LYNNETTE "BITTY"**

Middle Name:

Last Name:   **ERSKINE**

Suffix:

Law Firm Name:

Address 1:   **600 59TH STREET**

Address 2:   **2ND FLOOR**

City:   **GALVESTON**

State   **Texas**          Zip+4: **77551**

Telephone:   **409-766-2235**   ext.

Fax:   **409-765-2945**

Email:   **LYNETTE.ERSKINE@CO.GALVESTON.TX.US**